IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JIMM DEWAYNE MORELL                                          PLAINTIFF

        v.                    Case No. 04-5233

SHERIFF KEITH FERGUSON;
MAJOR GENE DRAKE; CAPTAIN
HUNTER PETRAY; BENTON COUNTY
SWAT TEAM; and BENTON COUNTY
JAIL SPECIAL EMERGENCY
RESPONSE TEAM (SERT)                                        DEFENDANTS

                          O R D E R

    Now on this 28th day of September, 2005, comes on for

consideration the **Report And Recommendation Of The Magistrate**

**Judge** (document #45), to which no objections have been made,

and the Court, having carefully reviewed said Report And

Recommendation, finds that it is sound in all respects, and

that it should be adopted *in toto*.

    **IT IS THEREFORE ORDERED** that the **Report And**

**Recommendation Of The Magistrate Judge** is **adopted *in toto*.**

    **IT IS FURTHER ORDERED** that, for the reasons stated in the

**Report And Recommendation Of The Magistrate Judge**, plaintiff's

claims herein are **dismissed** for failure to prosecute.

    **IT IS SO ORDERED.**

                              /s/ Jimm Larry Hendren
                             **JIMM LARRY HENDREN**
                             **UNITED STATES DISTRICT JUDGE**